No. 24-3174

# United States Court of Appeals
# for the Seventh Circuit

FEDERAL TRADE COMMISSION,

*Plaintiff-Appellee,*

v.

WALMART INC.,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of Illinois
No. 1:22-cv-03372 (Hon. Manish S. Shah)

**MOTION FOR LEAVE FOR HASHIM M. MOOPPAN TO WITHDRAW AS COUNSEL FOR DEFENDANT-APPELLANT WALMART INC.**

Undersigned counsel, Hashim M. Mooppan moves for leave to withdraw as counsel for Defendant-Appellant Walmart Inc. Mr. Mooppan is leaving the law firm of Jones Day to enter government service. Walmart will continue to be represented by Anthony J. Dick and Thomas E. Hopson of Jones Day, as well as Sean M. Berkowitz, Johanna M. Spellman, Roman Martinez, Drew R. Wisniewski, Jessica L. Saba, and Blake E. Stafford of Latham & Watkins LLP.

Dated: April 2, 2025                               Respectfully submitted,

/s/ *Hashim M. Mooppan*
Hashim M. Mooppan
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
202-879-3939
hmmooppan@jonesday.com

*Counsel for Defendant-Appellant Walmart Inc.*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word-length limitation of Federal Rules of Appellate Procedure 27(d)(2)(A), because, as calculated by Microsoft Word 365, it contains 73 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as modified by Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 12-point Century Schoolbook font.

Dated: April 2, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Hashim M. Mooppan*

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant-Appellant Walmart Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 2, 2025, the foregoing document, **Motion for Leave for Hashim M. Mooppan to Withdraw as Counsel for Defendant-Appellant Walmart Inc.**, was filed with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: April 2, 2025				Respectfully submitted,

						/s/ *Hashim M. Mooppan*

						*Attorney for Defendant-Appellant*
						*Walmart Inc.*